Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

~~LODGED~~
FILED

2021 NOV -9  AM 10: 52



# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | | CASE NUMBER: | |
| V. | | | 1:21-cr-223-LY |
| | PLAINTIFF | | |
| Matthew Nelson Tunstall | | **REPORT COMMENCING CRIMINAL ACTION** | |
| USMS# _____ | DEFENDANT | | |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT               2 1 M J 0 5 1 3 2

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on  11/09/2021  at 6:00  ☒ AM ☐ PM
   or
   The defendant was arrested in the Central District of California on 11/09/202 at 6:00  ☒ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  ☐ Yes  ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  ☒ Yes  ☐ No

4. Charges under which defendant has been booked:

   18 USC 371 (Conspiracy - Wire Fraud), 18 USC 1343 (Wire Fraud), 18 USC 1956 /1957 (Money Laundering)

5. Offense charged is a:  ☒ Felony  ☐ Minor Offense  ☐ Petty Offense  ☐ Other Misdemeanor

6. Interpreter Required:  ☒ No  ☐ Yes  Language: _____

7. Year of Birth:  1987

8. Defendant has retained counsel:  ☐ No
   ☒ Yes  Name: Ellen Comley          Phone Number: (888) 680-1745 -

9. Name of Pretrial Services Officer notified:  duty-cacpt-cac@cacp.uscourts.gov

10. Remarks (if any): _____

11. Name: Joe Rock                    (please print)

12. Office Phone Number: 310-775-7245        13. Agency: FBI

14. Signature: _____          15. Date: 11/09/2021

CR-64 (09/20)          **REPORT COMMENCING CRIMINAL ACTION**